IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** )
)
v. ) 02: 12-cr-113
)
**TIERONE BARNES,** )
)
         **Defendant.** )

## MEMORANDUM ORDER

Now pending is the POSITION WITH RESPECT TO SENTENCING FACTORS (ECF No. 473) filed by counsel for Defendant Tierone Barnes. The position statement reflects, in its entirety, that: "The Defendant and counsel have reviewed the pre-sentence investigation report and Defendant does not qualify as a career offender."

Defendant's statement is inadequate because it does not enable the Court to rule on Defendant's apparent objection. Objections to the PSI must be made with "specificity and clarity" in order to alert the government and the district court to the mistake of which Defendant complains. *See United States v. Ramirez-Flores*, 743 F.3d 816, 824 (11th Cir. 2014).

Accordingly, on or before December 19, 2014, Defendant shall file a position with respect to sentencing factors which articulates the factual and legal basis for any objection(s) to the advisory guideline calculation in the PSI. The government may file a response thereto on or before January 2, 2015. Sentencing to proceed, as scheduled, on January 9, 2015.

SO ORDERED this 15th day of December, 2014.

BY THE COURT:

s/ Terrence F. McVerry
United States District Court Judge

cc:     All counsel of record (via CM/ECF)